```
Yavar Bathaee (CA 282388)
Andrew C. Wolinsky (CA 345965)
```
**BATHAEE DUNNE LLP**
```
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (332) 322-8835
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com
```

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL BRYANT et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendants. | Case No. 5:25-cv-08733-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**<br><br>Judge P. Casey Pitts |

WHEREAS, on December 12, 2025, Defendant Microsoft Corporation filed a Motion to Compel Arbitration, Dkt. No. 20, and a Motion to Dismiss, Dkt. No. 21, both of which were set for a hearing on March 12, 2026;

WHEREAS, on January 7, 2026, the Court reset the hearings on the Motion to Compel Arbitration and Motion to Dismiss to April 2, 2026, Dkt. No. 30;

WHEREAS, the reset hearings conflict with a previously scheduled motion hearing that Plaintiffs' counsel have on the same date and time in San Francisco before another judge of this District;

WHEREAS, the parties are available on April 9, 2026, at 10:00 a.m., and respectfully request that the hearings on the Motion to Compel Arbitration and Motion to Dismiss be rescheduled to that date;

1   NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE
2   COURT'S APPROVAL:

3   The hearings on Microsoft's Motion to Compel Arbitration (Dkt. No. 20) and Motion to
4   Dismiss (Dkt. No. 21) shall be reset to April 9, 2026, at 10:00 a.m.

6   IT IS SO STIPULATED.

7   DATED: January 21, 2026                            Respectfully Submitted,

                                                       BATHAEE DUNNE LLP

                                                       By:  /s/ Brian J. Dunne
                                                            Brian J. Dunne (CA 275689)
                                                            Edward M. Grauman (*pro hac vice*)
                                                            **BATHAEE DUNNE LLP**
                                                            901 South MoPac Expressway
                                                            Barton Oaks Plaza I, Suite 300
                                                            Austin, TX 78746
                                                            Tel: (512) 575-8848
                                                            bdunne@bathaeedunne.com
                                                            egrauman@bathaeedunne.com

                                                            Yavar Bathaee (CA 282388)
                                                            Andrew C. Wolinsky (CA 345965)
                                                            **BATHAEE DUNNE LLP**
                                                            445 Park Avenue, 9th Floor
                                                            New York, NY 10022
                                                            Tel: (332) 322-8835
                                                            yavar@bathaeedunne.com
                                                            awolinsky@bathaeedunne.com

                                                            Allison Watson (CA 328596)
                                                            **BATHAEE DUNNE LLP**
                                                            3420 Bristol Street, Suite 600
                                                            Costa Mesa, CA 92626
                                                            Tel: (213) 462-2772
                                                            awatson@bathaeedunne.com

                                                       *Attorneys for Plaintiffs and the Proposed Classes*

                                                       DECHERT LLP

                                                       By:  /s/ Russell P. Cohen
                                                            Russell P. Cohen (CA 213105)
                                                            Dechert LLP
                                                            45 Fremont Street, 26th Floor

- 2 -

San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555
Russ.cohen@dechert.com

*Attorney for Defendant Microsoft Corporation*

# FILER ATTESTATION

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: January 21, 2026                    By:    */s/ Brian J. Dunne*
                                                   Brian J. Dunne

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 23, 2026

P. CASEY PITTS
United States District Judge