**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Priscilla Ghita (CA 368190)
pghita@bathaeedunne.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Tel.: (332) 223-4339

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Kaki J. Johnson (*pro hac vice*)
kjohnson@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL BRYANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-08733-PCP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR A *CHUMAN* CERTIFICATION THAT MICROSOFT'S INTERLOCUTORY APPEAL IS FRIVOLOUS**<br><br>Hon. P. Casey Pitts |

The Court has considered Plaintiffs' Motion for a *Chuman* Certification That Microsoft's Interlocutory Appeal Is Frivolous, the papers filed in support of and in opposition to the motion, and the record in this action. For good cause shown, the motion is GRANTED.

1. Defendant Microsoft Corporation has appealed from the portion of the Court's September 28, 2026 Order (Dkt. 69) denying its motion to compel arbitration. Dkt. 70.

2. Microsoft is not a party to the arbitration agreement on which it relies. For the reasons stated in the Court's September 28, 2026 Order and in Plaintiffs' motion, each argument for the

application of equitable estoppel on which Microsoft relies is foreclosed by *Kramer v. Toyota Motor Corp.*, 705 F.3d 1122 (9th Cir. 2013), among other authorities.

3. Pursuant to *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992), the Court certifies in writing that Microsoft's appeal is frivolous. The appeal does not divest this Court of jurisdiction, and proceedings in this action shall continue while the appeal is pending.

4. A case management conference is set for __________, 2026, at 2:00 p.m. The parties shall file a joint case management statement no later than seven days before the conference.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________

Hon. P. Casey Pitts

United States District Judge